# UNITED STATES DISTRICT COURT

Southern District of Illinois

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| STEPHEN L. NEVINGS | |

Case No.  4:99CR40036-003-JPG

USM No.  04650-025

Melissa A. Day, AFPD
_____
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)  as alleged below  of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Statutory | The defendant unlawfully possessed marihuana | 03/16/2009 |
| Standard # 5 | The defendant failed to work regularly at a lawful occupation | |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 3489

Defendant's Year of Birth:  1968

City and State of Defendant's Residence:
Marion, IL 62959

10/21/2010
Date of Imposition of Judgment

_____
Signature of Judge

J. Phil Gilbert                              District Judge
Name and Title of Judge

October 28, 2010
Date

DEFENDANT: STEPHEN L. NEVINGS
CASE NUMBER: 4:99CR40036-003-JPG

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| Standard # 6 | Defendant failed to notify probation of being terminated from his employment | 02/18/2009 |
| Standard # 7 | The defendant used alcohol excessive | 03/16/2009 |
| Special | The defendant consumed alcohol while participating in substance abuse treatment program. | 02/12/2009 |
| Special | The defendant used alcohol regularly after release from half-way house | 05/19/2010 |

AO 245D   (Rev. 12/07) Judgment in a Criminal Case for Revocations
         Sheet 2— Imprisonment

| | Judgment — Page 3 of 3 |
|---|---|
| DEFENDANT: STEPHEN L. NEVINGS | |
| CASE NUMBER: 4:99CR40036-003-JPG | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :

12 months 1 day

☑ The court makes the following recommendations to the Bureau of Prisons:

That the defendant be given credit for time he has served in custody.

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL